**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GEVURA FUND, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 26-cv-01957-NIQA |

## SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO INTERVENE

The School District of Philadelphia hereby moves to intervene in support of the Defendants in this action. The School District seeks intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, or, in the alternative, permissive intervention pursuant to Rule 24(b).  In support of this Motion, the School District relies on the accompanying memorandum in support of intervention filed herewith, which is intended to be incorporated as if set forth herein. It also relies on the attached Motion to Dismiss and accompanying memorandum in support of dismissal.

The School District respectfully requests that the Court grant this Motion and permit it to intervene as a defendant in this action.

Respectfully submitted,

Dated: May 5, 2026

*/s/ Christian D. Sheehan*
Christian D. Sheehan (PA Bar No. 314598)
Burden H. Walker (*pro hac vice* forthcoming)
Rachel F. Cotton (*pro hac vice* forthcoming)
Aaron X. Sobel (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP

1

601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942–5000
christian.sheehan@arnoldporter.com
burden.walker@arnoldporter.com
rachel.cotton@arnoldporter.com
aaron.sobel@arnoldporter.com

Paul J. Fishman (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
(973) 776–1900
paul.fishman@arnoldporter.com

2

## **CERTIFICATE OF SERVICE**

I, Christian D. Sheehan, hereby certify that this day, I caused a true and correct copy of the foregoing Motion to Intervene, with attachments, to be served on all counsel of record via the Court's ECF Filing System.  Because the United States has not yet entered an appearance in this matter, I also caused the motion and its attachments to be served on the United States via email to Gregory David, the Chief of the Civil Division for the U.S. Attorney's Office for the Eastern District of Pennsylvania, at Gregory.David@usdoj.gov.

Dated: May 5, 2026.

*/s/ Christian D. Sheehan*
Christian D. Sheehan