**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEVURA FUND, | |
| *Plaintiff*, | |
| v. | Case No. 26-cv-01957-NIQA |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO INTERVENE**

Upon consideration of the School District of Philadelphia's Motion to Intervene and the other documents on file in this action, it is hereby ORDERED that the School District of Philadelphia's Motion to Intervene is GRANTED.


Dated: _____

_____
Hon. Nitza I. Quiñones Alejandro
United States District Judge

1