**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| GEVURA FUND, | |
| *Plaintiff*, | |
| v. | Case No. 26-cv-01957-NIQA |
| UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, | |
| *Defendants*. | |

**DECLARATION OF ERIKA B. CHEN IN SUPPORT OF**
**SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO INTERVENE**

I, Erika B. Chen, declare:

1.     I am a Legal Resource Assistant at Arnold & Porter Kaye Scholer LLP.  I have been employed by Arnold & Porter since July 8, 2024.

2.     On April 27, 2026, I downloaded the Complaint filed by Plaintiff in the above-captioned case from the PACER docket.

3.     I then opened the file-stamped Complaint in Adobe Acrobat Pro to check the document's metadata.  I accessed the metadata by clicking "Menu" in the upper left-hand corner, and selecting "Document Properties" from the drop-down menu.

1



4.      The Document Properties window displayed a "Title" field for the document, reflecting what the document was titled when it was uploaded to PACER.

5.      The title of the Complaint, as reflected in the metadata, was "2026-3-25 SDP - Sue and Settle [final for filing].pdf."



6.      Additionally, on April 27, 2026, I accessed the PACER docket in the above-captioned case.  I navigated to the Complaint docket entry (ECF No. 1) and clicked "Main Document."  This opened the as-filed Complaint in Google Chrome.



7.	This method of access also displayed the Complaint's document title as "2026-03-25 SDP - Sue and Settle [final for filing].pdf."



8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C., on May 5, 2026.

Respectfully submitted,

By:     /s/ *Erika B. Chen*
        Erika B. Chen
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Avenue, NW
        Washington, D.C. 20001
        (202) 942-5000
        erika.chen@arnoldporter.com

5