**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GEVURA FUND,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

*Defendants*.

Case No. 26-cv-01957-NIQA

## <u>INTERVENOR-DEFENDANT SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO DISMISS</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and Local Rule of Civil Procedure 7.1, Intervenor-Defendant School District of Philadelphia hereby moves the Court to dismiss the Complaint filed by Plaintiff Gevura Fund in this action. ECF No. 1.

In support of this Motion, the School District relies on the accompanying memorandum in support of dismissal, which is incorporated herein as if fully set forth.

Respectfully submitted,

Dated: May 5, 2026

*/s/ Christian D. Sheehan*
Christian D. Sheehan (PA Bar No. 314598)
Burden H. Walker (*pro hac vice* forthcoming)
Rachel F. Cotton (*pro hac vice* forthcoming)
Aaron X. Sobel (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942–5000
christian.sheehan@arnoldporter.com
burden.walker@arnoldporter.com
rachel.cotton@arnoldporter.com
aaron.sobel@arnoldporter.com

1

2

Paul J. Fishman (*pro hac vice* forthcoming)
ARNOLD & PORTER KAYE SCHOLER LLP
One Gateway Center
Suite 1025
Newark, NJ 07102
(973) 776–1900
paul.fishman@arnoldporter.com

2