**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GEVURA FUND, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, *et al.*, <br><br> *Defendants*. | Case No. 26-cv-01957-NIQA |

**[PROPOSED] ORDER GRANTING SCHOOL DISTRICT OF PHILADELPHIA'S MOTION TO DISMISS**

Upon consideration of the School District of Philadelphia's Motion to Dismiss and the other documents on file in this action, it is ORDERED that the School District of Philadelphia's Motion to Dismiss is GRANTED.  The Complaint is hereby DISMISSED.

Dated: _____

_____
Hon. Nitza I. Quiñones Alejandro
United States District Judge

1